**TECHNOLOGIES HOLDINGS CORP., Appellant,**

v.

**ABATEMENT TECHNOLOGIES, INC., Appellee.**

**No. 2013–1661.**

United States Court of Appeals, Federal Circuit.

May 12, 2014.

Aaron T. Olejniczak, Andrus, Sceales, Starke & Sawall, LLP, of Milwaukee, Wisconsin, argued for appellant. With him on the brief was George H. Solveson.

D. Clay Holloway, Kilpatrick Townsend & Stockton LLP, of Atlanta, Georgia, argued for appellee. With him on the brief were Dean W. Russell and Renae Bailey Wainwright.

LOURIE, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**